JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
OM FINANCIAL LIFE INSURANCE COMPANY

## DEFENDANTS
ROSALINA HERNANDEZ

**ADR**

**BZ**

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

Baltimore, Maryland

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Wilson, Elser, Moskowitz, Edelman & Dicker
525 Market Street, 17th Floor

San Francisco, CA  94105
(415) 433-0990

Attorneys (If Known)

*E-filing*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 2 1 USC 88 1 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| of Veteran's Benefits | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW | ☐ 875 Customer Challenge |
| ☐ 195 Contract Product Liability | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | (405(g)) | 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt. Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS - Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | **IMMIGRATION** | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & other | ☐ 463 Habeas Corpus - | | Determination Under |
| | Employment | ☐ 550 Civil Rights | Alien Detainee | | Equal Access to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | | Actions | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §§ 2201 and 1332

Brief description of cause:
Declaratory Relief

## VII. REQUESTED IN
COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S)
IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE
August 14, 2008

SIGNATURE OF ATTORNEY OF RECORD
*Sean PN...*

NDC-JS44

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)   County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)   Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.   Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.  Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When tlie petition for removal is granted, check this box.

Remanded &om Appellate Court. (3) Check this box for cases remanded to thedistrict court for hrther action. Use the date of remand as the lilitlg date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal tiom a magistrate judge's decision.

**VI.  Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**               Example:           U.S. Civil Statute: <u>47 USC 553</u>
                                                        Brief Description: <u>Unauthorized reception of cable service</u>

**VII. Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. 111 this space enter the dollar amount (in thousands ofdollars) being demanded or indicate other demand sucli as a preliminary injunclion.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

SEAN P. NALTY (SBN 121253)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorney for Plaintiff
OM FINANCIAL LIFE INSURANCE COMPANY

FILED

AUG 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

OM FINANCIAL LIFE INSURANCE
COMPANY,

      Plaintiff,

    vs.

ROSALINA HERNANDEZ,

      Defendant

Case No. **CV.08 3919**

**COMPLAINT FOR DECLARATORY RELIEF**

E-filing      **BZ**

Plaintiff, OM FINANCIAL LIFE INSURANCE COMPANY (hereinafter referred to as "OM Financial"), by its attorneys, the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP hereby submits its Complaint for Declaratory Relief as follows:

## JURISDICTION AND VENUE

1.    This declaratory relief action is brought pursuant to 28 U.S.C. Sections 1332 & 2201 for the reasons set forth below.

2.    28 U.S.C. section 2201 authorizes this Court to declare the rights of adverse parties and this Court has diversity jurisdiction under 28 U.S.C. section 1332 as plaintiff OM Financial is a citizen of Maryland, defendant Rosalina Hernandez is a citizen of California, and the amount in controversy exceeds $75,000.00, exclusive of interest or costs, as the life insurance Group Plan at issue in this action has an uncontested face value of $94,000.00.

1    3.    OM Financial is a citizen of Maryland, as a corporation duly organized and

2   existing under the laws of the State of Maryland with its principal place of business located in

3   Baltimore, Maryland. A vast majority of OM Financial's business is done in Maryland, a majority

4   of its employees work in Maryland, and the company's home office is in Maryland.  At all times

5   relevant herein, OM Financial is and was authorized to conduct business throughout the State of

6   California as a life insurer and conducts business in the Northern District of California

7    4.    OM Financial is informed and believes, and on that basis alleges, that defendant

8   Rosalina Hernandez (hereinafter referred to as "defendant" or "Hernandez"), the defendant and a

9   beneficiary to the life insurance policy which is the subject to this litigation, is an individual who

10   resides in Richmond, California.

11    5.    OM Financial is informed and believes, and on that basis alleges, that venue is

12   proper in this Court, as this action is brought in the judicial district in which one or more of the

13   defendants reside.

14

15                 **FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

16    6.    On or about November 5, 2000, in Richmond, California, Salvador R. Chavez

17   ("Insured") completed, signed and submitted to Fidelity and Guaranty Life Insurance Company

18   ("F&G"), the predecessor of OM Financial, an Application for a $94,000 term life insurance

19   policy (the "Application"). A copy of the Application is attached hereto as Exhibit A.

20    7.    The Application signed by the Insured provides in relevant part as follows:

21         a.  The Insured stated 11-18-53 as his date of birth and XXX-27-9174 as
              his Social Security number.
22
           b.  Under the "Proposed Insured" section, the Insured stated his
23             occupation as Construction Drywall installer with an annual income of
               $60,000.00.
24
           c.  The defendant is identified as the Insured's spouse and is listed as the
25             designated beneficiary on the Application.

26         d.  The Application indicates that the Insured applied for a type of
               insurance issued to individuals with recent home mortgage loans.
27

28   ─────────────────────────────────────────────
                                    2
                     **COMPLAINT FOR DECLARATORY RELIEF**
     370014.1

1      8.     On November 15, 2000, F&G issued a Life Insurance Policy no. 1622565 ("the

2   Policy") as applied for to Salvador R. Chavez. Per its terms, the Policy was issued for a 25-year

3   term, with an expiration date of November 14, 2025. A copy of the Certificate is attached hereto

4   as Exhibit B.

5      9.     The premium for the Policy was paid directly from a bank account established in

6   the Insured's name.

7      10.    As of January 1, 2007, F&G changed its name to OM Financial.

8      11.    On June 23, 2008, OM Financial received a telephone call from an agent with

9   Farmers Financial Solutions informing OM Financial that the Insured had died on June 18, 2008.

10      12.    In written correspondence, dated June 24, 2008, OM Financial informed the

11   defendant that she was the beneficiary under the Policy and provided Hernandez with the

12   necessary paperwork to make a claim for the benefits under the Policy.

13      13.    On or about July 11, 2008, Hernandez made a claim for the benefits under the

14   Policy by submitting to OM Financial a completed "Claimant's Statement – Life Claim" ("Claim

15   form") and providing a death certificate. A copy of the Claim form is attached hereto as Exhibit

16   C.

17      14.    The Claim form signed by Hernandez provides the following information:

18          a.   The deceased's full name is listed as Jose Maria Chavez; and

19          b.   The deceased's date of birth is listed as 08/15/1958.

20      15.    The death certificate identifies the decedent as Jose Maria Chavez (also known as

21   Salvador-Chavez) with a birth date of 8/15/1958 and an "unknown" Social Security number.

22      16.    Based on the discrepancy in the information provided on the Application, which

23   states that the Insured's date of birth is 11/18/1953, and Hernandez's Claim Form and the death

24   certificate, which states that the decedent's date of birth is 08/15/1958 and states that the

25   decedent's Social Security number is unknown, OM Financial conducted further investigation of

26   defendant's claim for benefits under the Policy.

27

28

370014.1

1    17.    As a result of this further investigation, OM Financial discovered further

2    discrepancies between the personal information provided by the Insured on the Application and

3    the information provided by defendant about the deceased individual who is alleged to be the

4    Insured. These discrepancies include the following:

5              a.    A statement provided by Hernandez on July 18, 2008 which states that

6                    the decedent immigrated to the United States in 1995. However, the

7                    Social Security number provided in the Application was issued between

8                    1973 and 1974.

9              b.    Furthermore, the Social Security Administration database lists the

10                   Social Security number listed on the Application, XXX-27-9174, as

11                   being issued to a Salvador R. Chavez who has a date of birth of

12                   11/18/53 and date of death of 6/18/08.   On the other hand, the Claim

13                   Form and death certificate state the decedent's date of birth as 8/15/58.

14             c.    The passport issued to a Jose Maria Chavez, with a birth date of

15                   8/15/58, was issued in December 1994 and provides a recognizably

16                   different signature than a driver license identifying a Salvador R.

17                   Chavez who has the Richmond, California address stated by the Insured

18                   on the Application.

19             d.    The Application identifies the Insured's occupation as a Drywall

20                   installer; while a Medical Information Bureau ("MIB") search on the

21                   Social Security number and date of birth listed on the Application

22                   identifies an individual with an occupation of "assistant manager."

23   //

24   //

25   //

26   //

27   //

28
                                               4
                          **COMPLAINT FOR DECLARATORY RELIEF**
     370014.1

1

## FIRST CAUSE OF ACTION

2

### (DECLARATORY RELIEF)

3      18.    OM Financial refers to and incorporates by reference, as though fully set forth

4   herein, the allegations contained in paragraphs 1 through 17 above.

5      19.    Defendant submitted a claim for life insurance benefits under the Policy based on

6   the death of as Jose Maria Chavez with a birth date of 8/15/1958 and an "unknown" Social

7   Security number. OM Financial claims, based on the numerous inconsistencies noted above, that

8   Jose Maria Chavez is not the Insured under the Policy.    Therefore, the claim for benefits under

9   the Policy made by defendant is not payable.

10      20.    OM Financial alleges, on information and belief, that Hernandez disputes this

11   conclusion and that she claims that she is entitled to the benefits under the Policy based on the

12   death of Jose Maria Chavez.    Accordingly, there now exists an actual controversy between OM

13   Financial and defendant concerning defendant's entitlement to the benefits under the Policy. OM

14   Financial therefore desires a judicial determination to determine if defendant is entitled to the

15   benefits under the Policy.

16      21.    A judicial determination is necessary and appropriate at this time so that each of

17   the parties may ascertain their respective rights and duties as to one another and may conduct

18   themselves accordingly now and in the future.

19

### PRAYER

20      WHEREFORE, OM Financial prays for judgment as follows:

21      1.    For an order confirming that defendant is not entitled to benefits under the Policy

22   because the deceased in not the insured under the Policy;

23      2.    For a declaration that OM Financial has acted reasonably and in good faith in its

24   dealings with Hernandez and that Hernandez is not entitled to benefits under the Policy;

25      3.    For costs of suit incurred herein;

26      4.    For attorney fees incurred; and

27   //

28

5

**COMPLAINT FOR DECLARATORY RELIEF**

370014.1

1    5.    For an order granting such other relief as is appropriate.

2    Dated: August 14, 2008

3                                   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

4

5               By:

6                    SEAN P. NALTY
                     Attorney for Plaintiff
7                    OM FINANCIAL LIFE INSURANCE COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            6
                       **COMPLAINT FOR DECLARATORY RELIEF**
     370014.1

# Group Life Insurance Application (Short Form)

N I M    1622565    fe

*A ST. PAUL COMPANY*

## PROPOSED INSURED

| Name (First, M.I., Last) | | Mailing Address | | |
|---|---|---|---|---|
| Salvador R. Chavez | | 656 | Richmond CA | |

| Home Telephone No. | Birth Date | Birth Place (State or Country) | Social Security No. or Tax I.D. No. |
|---|---|---|---|
| (510 )934- | 11-18-53 | Mexico | 27-9174 |

| Height | Weight | Marital Status | Sex | U.S. Citizen | If no, give immigration status/type of visa: |
|---|---|---|---|---|---|
| 5-04 | 160 | O Single  ⊗ Married<br>O Divorced  O Widowed | ⊗ Male<br>O Female | ⊗ Yes<br>O No | |

| Occupation, Duties, and Annual Income from Employment | |
|---|---|
| Construction Drywall installer | $ 60,000 |

**BENEFICIARY AND RELATIONSHIP TO PROPOSED INSURED**  *(Unless otherwise noted, the beneficiary of other persons proposed for coverage will be the proposed insured.)*

| Primary | Contingent |
|---|---|
| Rosalina Herrandez (spouse) | all children |

**OWNER(S)**  *(Unless otherwise noted, the Owner will be the Insured. For Florida applicants, you may name a secondary addressee to receive notice of possible lapse in coverage - complete the Additional Information section.)*

| Name | Relationship to Proposed Insured | Social Security No. or Tax I.D. No. |
|---|---|---|
| Address | Birth Date | Telephone Number (include area code)<br>( ) |

## POLICY INFORMATION

| Plan of Insurance | Amount of Insurance | Initial Premium | |
|---|---|---|---|
| Home Certain | $ 94,000 | $ 79.35 | ⊗ Nontobacco<br>O Tobacco |

| Planned Premium | Term Plan: Number of years (term period) | Universal Life: | |
|---|---|---|---|
| $ 79.35 | 25 year level term | | O Nontobacco<br>O Tobacco |

| Mode of Payment (For bank draft, complete Check-O-Matic authorization, and initial payment required.) | Total Amount Paid in Exchange |
|---|---|
| ⊗ Monthly Bank Draft  O Annual  O Bi-Weekly Bank Draft  O Other: | for Receipt<br>$ 79.35 |

| Credit Card (Initial premium only may be paid by credit card. Indicate a mode of payment above for subsequent payments. May not be available in all states.) | Signature to Authorize Credit Card Charge |
|---|---|
| O Visa  O MasterCard    Credit Card No.:          Expiration Date: | |

*(No coverage will be effective except in accordance with the terms of the Receipt and unless full initial modal premium payment is submitted.)*

## ADDITIONAL BENEFITS (availability varies)

- O Disability Income Rider – Class _____
  - Monthly Payout $ _____
  - O 3 mo. Elimination, 2 year benefit
  - O 6 mo. Elimination, 5 year benefit
- O Waiver of Premium Rider (term only)
- O Waiver of Monthly Deduction Rider (UL only)
- O Child Rider – Amount _____ (fill out table below)
- O Accidental Death Benefit Coverage Amount $ _____
- ⊗ Other: Potental premium Guarantee
- O Other: _____
- O Other: _____

- O Dependent's Term Rider (fill out table below)
  (for term products, term period of rider will match policy)
  (for UL products, enter term period: _____ years)
  Amount Chosen: $ _____
- ⊗ Return of Premium Rider
- O Accelerated Benefit Rider (Have you received and reviewed the
  accelerated benefit disclosures? O Yes O No)
- O Critical Illness Rider (Have you received and reviewed the
  accelerated benefit disclosures? O Yes O No)
  Amount Chosen: $ _____
- O Ultimate Income Option – Initial Lump Sum $ _____
  Monthly Income of $ _____ for _____ years, Final Lump
  Sum $ _____

| Name of Other<br>Proposed Insured(s) | Birth<br>Date | Sex | Height | Weight | Social Security<br>Number | Relationship to<br>Insured | Amount of<br>Insurance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## INSURANCE IN FORCE (Indicate Amounts)

| Company | Life Insurance | Accidental Death Benefit | Disability Income |
|---|---|---|---|
| | | | |

## PERSONAL PHYSICIAN (S)

| Name of Proposed Insured | Personal Physician(s) Name, Address, Phone Number | Date Last Visited, Reason, Results | |
|---|---|---|---|
| Salvador R. Chavez | pacific care medical center. Richmond. | 06-97 | Regular check up. |
| | | | Result good health. |
| | | | |

**FGLI 4415 (03-99)**        Fidelity and Guaranty Life Insurance Company        Baltimore, Maryland

**Group Life Insurance Application** (Short Form)

F+G·Life
A ST. PAUL COMPANY

# Instructions

## Group Life Insurance Application (Short Form)

O  Fill out and sign the front and back of the life insurance application and send it to F&G Life.

    O  Under plan of insurance, carefully write the marketing name of the plan of insurance. For example, "HomeCertain" is acceptable, whereas "mortgage term" or "term" is insufficient.

    O  Remember to fill out the complete addresses and phone numbers for all doctors and hospitals.

    O  Remember to fill in the beneficiary's full name and relationship to the proposed insured.

    O  Make sure the ZIP code is included in the proposed insured's mailing address.

O  If additional space is needed or if the proposed insured or owner lives in a state where one of the fraud warnings applies, fill out and sign the overflow page and send it to F&G Life. Otherwise, discard it.

O  For bank draft payment modes, fill out the Payor's Check-O-Matic Premium Payment Plan stub. Send it, along with a voided check or deposit slip, to F&G Life.

O  If cash is paid with the application, fill out the Life Insurance Conditional Receipt stub and leave it with the applicant. Otherwise, discard it.

O  Leave the stub containing the Investigative Consumer Report Pre-Notification and the MIB Pre-Notification with the applicant.

**COMPLETE THE FOLLOWING** *For YES answers, give full details in the space below.*

| | | |
|---|---|---|
| 1. | Will the insurance applied for replace or change any existing insurance or annuities? *(If yes, submit replacement forms.)* | ○ Yes ⦿ No |
| 2. | Does any person proposed to be insured have any other health, disability, or life insurance pending? | ○ Yes ⦿ No |
| 3. | Has any person proposed to be insured been declined, postponed, or offered a rated or modified life insurance policy or been denied reinstatement? | ○ Yes ⦿ No |
| 4. | Within the past 5 years, has any person proposed to be insured had citations or convictions for motor vehicle moving violations or had a driver's license suspended or revoked? *(If yes, provide state and drivers license number below.)* | ○ Yes ⦿ No |

5. Within the past 2 years, has any person proposed to be insured:
   a. Taken part in any type of racing, or in mountain climbing, sky diving, scuba diving, hang gliding, or plan to? ○ Yes ⦿ No
   b. Flown other than as a passenger, or plan to? *(If yes, complete Aviation Supplement.)* ○ Yes ⦿ No
   c. Any foreign residence or travel contemplated? ○ Yes ⦿ No

6. Has any person proposed to be insured used tobacco in any form:
   a. within the past 12 months? *(If yes, specify type and date last used in the area below.)* ○ Yes ⦿ No
   b. within the past 5 years? *(If yes, specify type and date last used in the area below.)* ○ Yes ⦿ No

7. Within the past 10 years, has any person proposed to be insured been treated for or diagnosed by a physician or other health care professional as having: *(If Yes, circle applicable condition.)*
   a. Any disorder or disease of the blood or circulatory system (such as: heart disease, palpitations, rheumatic fever, heart murmur, angina or chest pain, high blood pressure, stroke, anemia), respiratory system (such as: emphysema, tuberculosis, asthma, bronchitis), brain or nervous system (such as: convulsions, epilepsy, fainting spells, mental illness, or Alzheimer's disease), urinary tract (such as: kidney or bladder), reproductive system, stomach, intestines, liver, or gallbladder (such as: ulcer, colitis), endocrine system (such as: diabetes, thyroid), or muscles or bones (such as: arthritis, gout, back problems)? ○ Yes ⦿ No
   b. Cancer, cyst, or tumor? ○ Yes ⦿ No
   c. Use of barbiturates, narcotics, excitants, or hallucinogens, except as medication prescribed by a physician, or been treated or counseled for drug or alcohol use? ○ Yes ⦿ No
   d. Acquired Immune Deficiency Syndrome (AIDS); AIDS Related Complex (ARC); or positive test results indicating the presence of the AIDS virus? ○ Yes ⦿ No

8. Within the past 5 years, has any person proposed to be insured:
   a. Been in a hospital, clinic, sanatorium, or other medical facility for operation or advised to have surgery, observation, or treatment, seen a doctor, or been advised to and not done so? ○ Yes ⦿ No
   b. Had electrocardiogram, X-ray, or other diagnostic tests, or been advised to and not done so? ○ Yes ⦿ No
   c. Been or is now disabled, or had or now have any other mental or physical disorder not listed? ○ Yes ⦿ No
   d. Made a claim for disability compensation for sickness or injury? ○ Yes ⦿ No

**Additional Information.** *Explain all "yes" answers below.*

| Question Number | Name of Proposed Insured | Details *(Diagnosis, Dates, Durations)* | Medical Facilities and Physicians *(Names, Addresses, Phone Numbers)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## AUTHORIZATION

I have read the questions and answers on this application. The statements made in this application are: complete; true; and correctly recorded. I agree that: a copy of this application will form a part of any certificate issued under the Group Policy; and that no agent can pass on insurability or modify any certificate issued by the Company. I also agree that, except as provided in this application's Receipt, if issued, no insurance will take effect unless and until both of the following conditions are satisfied during each proposed insured's lifetime and while each proposed insured's health is as stated in this application: (1) this certificate is delivered to and accepted by the Owner; and (2) the full initial premium for the mode of payment chosen is paid at our Home Office. I acknowledge that I have received, read and understand the notices required by: the Medical Information Bureau, Inc.; and the Federal Fair Credit Reporting Act regarding investigative consumer reports.

In order to evaluate my application for life insurance, I authorize any licensed physician, medical practitioner, hospital, clinic, the Veterans Administration or other medical or medically-related facility, the Medical Information Bureau, Inc., insurance companies, a consumer reporting agency and my employer to give to Fidelity and Guaranty Life Insurance Company, its reinsurers, or other designee, medical and other information which may be pertinent to the evaluation regarding me or any member of my family who is applying for life insurance.

I also authorize Fidelity and Guaranty Life Insurance Company to obtain an investigative consumer report on me or on any member of my family who is also applying for life insurance. I understand that I am entitled to be interviewed by any consumer reporting agency which may be requested to prepare such a report as long as I can reasonably be contacted during normal business hours. *Check if interview requested:* ○

This Authorization will be valid from the date signed for a period of 30 months; a photographic copy of this Authorization will be as valid as the original; I, or any of our representatives are entitled to receive a copy of this Authorization.

**Certification:** Under the penalties of perjury, I certify that my Social Security or Tax Identification Numbers provided on this form are true, correct and complete.

| Signed at (City and State) on (Date) | Signature of Proposed Insured age 15 or more |
|---|---|
| Richmond    ca    11-5-00 | *[signature]* Fredrefik K. Olang |
| Signature(s) of Additional Insured(s) age 15 or more | Signature of Owner(s) *(if not the Proposed Insured or if Proposed Insured is less than age 18)* |

## AGENT CERTIFICATION

(1) I have asked the questions contained in this application of the Proposed Insured(s) and Owner and duly recorded the answers; (2) to the best of my knowledge there is nothing affecting the insurability of any persons proposed for insurance as stated in this application; (3) if the initial premium was paid with the application, I have remitted it to the Company and delivered a Conditional Receipt to the Owner; (4) if Disclosure Statements are required by the state, I have given them to the applicant; (5) I have witnessed the signatures on this application; (6) To the best of my knowledge, this application ○ does replace ⦿ does not replace existing life insurance or annuities.

| Signature of Agent | Print Agent's Name | Date | Agent Number | License Number *(Florida only)* | Phone No. | Agent's Fax No. |
|---|---|---|---|---|---|---|
| *[signature]* | Hrok Hhevic | 11-5-00 | 95804    50 % | | 818-458-1632 | |
| | Nerses Aranyan | | 78525    50 % | | 213-910-1050 | |

*Complete and sign this page if additional space is needed or if the proposed insured or owner is in a state where one of the fraud warnings applies.*

## ADDITIONAL INFORMATION

Proposed Insured's Name

If additional space is needed to expand on any section, please use the space below.

| Section | Question | Detail |
|---------|----------|--------|
|         |          |        |
|         |          |        |
|         |          |        |
|         |          |        |
|         |          |        |
|         |          |        |
|         |          |        |
|         |          |        |
|         |          |        |
|         |          |        |

**FRAUD WARNING NOTICES:** *(Please review the notice that applies in your state)*

**Arkansas/New Mexico:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kentucky/Ohio:** I understand that any person who, with intent to defraud, or knowing that he or she is facilitating a fraud against an insurer, submits an application containing a false or deceptive statement is guilty of insurance fraud. _____ *(Owner's Initials).*

**New Jersey:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**Pennsylvania:** Any person who knowingly and with intend to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

| Signed at (City and State) on (Date) | Signature of Proposed Insured age 15 or more |
|---|---|
| Signature(s) of Additional Insured(s) age 15 or more | Signature of Owner(s) *(if not the Proposed Insured or if Proposed Insured is less than age 18)* |
|  | Signature of Agent |

## PAYOR'S CHECK-O-MATIC PREMIUM PAYMENT PLAN

**Authorization to Insurance Company**

The Premium Payor hereby authorizes Fidelity and Guaranty Life Insurance Company to debit his/her account or accounts by means of check or draft drawn or other order made whether by electronic or paper means at the below named financial institution for premiums that may become due under the certificate as a result of this application. This authorization is to remain in effect until written notice of revocation is received at the Home Office of the Company or until the Check-O-Matic Premium Payment Plan is terminated in a manner provided on the reverse side. I (We) expressly agree to all conditions applicable to the Check-O-Matic Premium Payment Plan including those appearing on the reverse side.

*Please attach a voided check or deposit slip.*

| Bank Name and Address (Name, Office or Branch, Street Address, City, State, Zip Code) | | | |
|---|---|---|---|
| The Mechanics Bank | 42 Main Richmond | ca | 91805 |
| Policy Number 1025565 | Check-O-Matic Premium $ 97.35 | | Date of First Withdrawal Aug 15th |

**Authorization to Financial Institution**

As a convenience to me, I hereby request and authorize you to pay and charge to my account checks, drafts and other orders, whether by electronic or paper means, with such debits made to my account and drawn or directed by Fidelity and Guaranty Life Insurance Company to its own order, provided there are sufficient collected funds in said account to pay the same upon presentation. Until you receive written cancellation of this authorization by me (or either of us), you are fully protected when you honor any of those orders. You may, however, discontinue this arrangement by giving 30 days written notice to me (or either of us) and the insurance company. Your treatment of, and your rights regarding those orders, shall be the same as if I signed or initiated them. If any of those orders are not honored, whether with or without cause and whether intentionally or inadvertently, you shall be under no liability if insurance is forfeited as a result. Notice of charge for debit is hereby waived.

| Transit Routing Number | Account Number | |
|---|---|---|
| | | Payor Signature(s) Your signature as on financial institution's records. A copy is as valid as the original. |
| Payor Name(s) Salvador R. Chavez | | Salvador R. Chavez |

Detach and forward with application after this paid application

**To: The Financial Institution Named on the Reverse Side**

In consideration of your compliance with the request and authorization on the reverse side of this form, and of your participation in the Check-O-Matic Premium Payment Plan with Fidelity and Guaranty Life Insurance Company of Baltimore, Maryland, incorporated under the laws of the State of Maryland, (hereinafter called the Company), it is hereby agreed that:

1. The Company will indemnify you and hold you harmless from any loss you may suffer as a consequence of your actions resulting from or in connection with the execution and issuance of any debit by check, draft, or other order, whether by electronic or paper means, whether or not genuine, purporting to be executed and received by you in the regular course of business for the purpose of payment, including any cost or expenses reasonably incurred in connection therewith.

2. The Company will refund to you any amount you have paid to it in error upon receipt of a claim which you may submit at any time up to twelve months after the date of such payment.

3. The Company will defend, at its expense, any action which might be brought by any depositor, beneficiary, or assignee or any other person because of your actions taken pursuant to the depositor's or the Company's request or in any manner arising by reason of your participation in the Company's Check-O-Matic Premium Payment Plan.

In the event that any such debit shall be dishonored, whether with or without cause, and whether intentionally or inadvertently, the Company will indemnify you for any loss even though dishonor results in a forfeiture of insurance.

Authorized in a Resolution approved by the Board of Directors of the Fidelity and Guaranty Life Insurance Company on May 26, 1982. Certification of such Resolution is hereby given this August 3rd, 1990.

_John T. Hoffler, Jr._

Secretary

_Harry N. Stout_

President

**Conditions Applicable to Check-O-Matic Premium Payment Plan**

1. No check, draft or any other orders, either by electronic or paper means, shall constitute payment until the Company actually receives payment thereof within the period provided in the certificate.

2. The Check-O-Matic Premium Payment Plan may be terminated by either party by giving written notice to the other.

3. The Check-O-Matic Premium Payment Plan does not in any manner amend or alter the terms and provisions of any certificate, contract or agreement except as may be specifically stated in a certificate endorsement or properly executed contract amendment.

For changes or questions call: Toll Free 1-800-638-2255
Or Write: Fidelity & Guaranty Life Service Center, P.O. Box 19040, Greenville, SC 29602-9040

Detach and leave with applicant if cash is paid with application

# CERTIFICATE INFORMATION

## CERTIFICATE DATA

INSURED
SALVADOR R CHAVEZ

CERTIFICATE NUMBER
1-001622565

PREMIUM CLASS
NONTOBACCO

OWNER
SALVADOR R CHAVEZ

DATE OF ISSUE
NOVEMBER 15, 2000

CERTIFICATE DATE
NOVEMBER 15, 2000

AGE AT ISSUE
46

FACE AMOUNT
$94,000

POLICY HOLDER
SALVADOR R CHAVEZ

POLICY NUMBER
1-001622565

EXPIRATION DATE
NOVEMBER 14, 2025

PREMIUM GUARANTEE PERIOD
25 YEARS FROM CERTIFICATE DATE

*(OWNER INFORMATION IS SUBJECT TO ANY CHANGE SUBMITTED AND ON RECORD.)*

## CERTIFICATE, PREMIUM, AND RIDER INFORMATION

|  | FIRST ANNUAL* PREMIUM | COVERAGE CANNOT BE CONTINUED AFTER |
|---|---|---|
| LEVEL TERM LIFE INSURANCE | | |
| INITIAL TERM - 25 YEARS | | |
| NON TOBACCO PREMIUM | $582.80 | NOVEMBER 14, 2049 |
| RETURN OF PREMIUM RIDER | $289.52 | NOVEMBER 14, 2025 |

TOTAL FIRST ANNUAL PREMIUM:                    $932.32

*FOR OTHER PREMIUM PAYMENT INTERVALS, MULTIPLY THE FIRST ANNUAL PREMIUM BY:
- .51 FOR SEMI-ANNUAL;
- .26 FOR QUARTERLY;
- .09 FOR MONTHLY;
- .041 FOR BI-WEEKLY.

RENEWAL PREMIUMS ARE SHOWN IN THE TABLE OF ANNUAL RENEWAL PREMIUMS WHICH FOLLOWS.

FGL MLT-U - C (9-98)

# CERTIFICATE INFORMATION *(Cont'd)*

## TABLE OF ANNUAL RENEWAL PREMIUMS

CERTIFICATE NUMBER: 1-001622565

| CERTIFICATE YEAR BEGINNING NOV 15 | CURRENT LEVEL TERM LIFE INSURANCE | CURRENT TOTAL PREMIUM** | GUARANTEED MAXIMUM TOTAL PREMIUM** | CERTIFICATE YEAR BEGINNING NOV 15 | CURRENT LEVEL TERM LIFE INSURANCE | CURRENT TOTAL PREMIUM** | GUARANTEED MAXIMUM TOTAL PREMIUM** |
|---|---|---|---|---|---|---|---|
| 2001 | $642.80* | $932.32* | $932.32 | 2031 | $19,060.22 | $19,060.22 | $19,060.22 |
| 2002 | $642.80* | $932.32* | $932.32 | 2032 | $20,924.24 | $20,924.24 | $20,924.24 |
| 2003 | $642.80* | $932.32* | $932.32 | 2033 | $22,949.00 | $22,949.00 | $22,949.00 |
| 2004 | $642.80* | $932.32* | $932.32 | 2034 | $25,203.12 | $25,203.12 | $25,203.12 |
| 2005 | $642.80* | $932.32* | $932.32 | 2035 | $27,745.82 | $27,745.82 | $27,745.82 |
| 2006 | $642.80* | $932.32* | $932.32 | 2036 | $30,632.56 | $30,632.56 | $30,632.56 |
| 2007 | $642.80* | $932.32* | $932.32 | 2037 | $33,847.36 | $33,847.36 | $33,847.36 |
| 2008 | $642.80* | $932.32* | $932.32 | 2038 | $37,336.64 | $37,336.64 | $37,336.64 |
| 2009 | $642.80* | $932.32* | $932.32 | 2039 | $41,031.78 | $41,031.78 | $41,031.78 |
| 2010 | $642.80* | $932.32* | $932.32 | 2040 | $44,890.48 | $44,890.48 | $44,890.48 |
| 2011 | $642.80* | $932.32* | $932.32 | 2041 | $48,871.38 | $48,871.38 | $48,871.38 |
| 2012 | $642.80* | $932.32* | $932.32 | 2042 | $52,962.26 | $52,962.26 | $52,962.26 |
| 2013 | $642.80* | $932.32* | $932.32 | 2043 | $57,212.00 | $57,212.00 | $57,212.00 |
| 2014 | $642.80* | $932.32* | $932.32 | 2044 | $61,675.12 | $61,675.12 | $61,675.12 |
| 2015 | $642.80* | $932.32* | $932.32 | 2045 | $66,453.14 | $66,453.14 | $66,453.14 |
| 2016 | $642.80* | $932.32* | $932.32 | 2046 | $71,725.60 | $71,725.60 | $71,725.60 |
| 2017 | $642.80* | $932.32* | $932.32 | 2047 | $77,956.86 | $77,956.86 | $77,956.86 |
| 2018 | $642.80* | $932.32* | $932.32 | 2048 | $86,196.90 | $86,196.90 | $86,196.90 |
| 2019 | $642.80* | $932.32* | $932.32 | | | | |
| 2020 | $642.80* | $932.32* | $932.32 | | | | |
| 2021 | $642.80* | $932.32* | $932.32 | | | | |
| 2022 | $642.80* | $932.32* | $932.32 | | | | |
| 2023 | $642.80* | $932.32* | $932.32 | | | | |
| 2024 | $642.80* | $932.32* | $932.32 | | | | |
| 2025 | $10,118.00 | $10,118.00 | $10,118.00 | | | | |
| 2026 | $11,266.68 | $11,266.68 | $11,266.68 | | | | |
| 2027 | $12,581.74 | $12,581.74 | $12,581.74 | | | | |
| 2028 | $14,042.50 | $14,042.50 | $14,042.50 | | | | |
| 2029 | $15,620.76 | $15,620.76 | $15,620.76 | | | | |
| 2030 | $17,296.78 | $17,296.78 | $17,296.78 | | | | |

FOR OTHER PAYMENT INTERVALS, MULTIPLY THE TOTAL PREMIUM BY:

- .51 FOR SEMI-ANNUAL;
- .26 FOR QUARTERLY;
- .09 FOR MONTHLY;
- .041 FOR BI-WEEKLY.

A $60.00 CERTIFICATE FEE IS INCLUDED IN EACH COLUMN SHOWN IN TABLE.

*THESE PREMIUMS ARE PAYABLE DURING THE PREMIUM GUARANTEE PERIOD AND WILL NOT CHANGE. WE RESERVE THE RIGHT TO CHANGE THE CURRENT LIFE INSURANCE PREMIUM FOR EACH CERTIFICATE YEAR AFTER THE PREMIUM GUARANTEE PERIOD SHOWN UNDER CERTIFICATE DATA IN THE CERTIFICATE INFORMATION SECTION. IT MAY BE MORE OR LESS THAN THAT SHOWN, BUT THE CURRENT TOTAL PREMIUM WILL NEVER BE MORE THAN THE GUARANTEED MAXIMUM TOTAL PREMIUM. SEE PREMIUMS SECTION.

**IF RIDERS ARE ATTACHED, THESE PREMIUMS INCLUDE THE ANNUAL RIDER PREMIUMS AS SHOWN IN THE TABLE OF ANNUAL RENEWAL PREMIUMS - RIDERS.

FGL MLT-U - C (9-98)                              *(TABLE CONTINUED ON NEXT PAGE)*

# CERTIFICATE INFORMATION *(Cont'd)*

## TABLE OF ANNUAL RENEWAL PREMIUMS - RIDERS

CERTIFICATE NUMBER: 1-001622565

| CERTIFICATE YEAR BEGINNING NOV 15 | RETURN OF PREMIUM |
|---|---|
| 2001 | $289.52 |
| 2002 | $289.52 |
| 2003 | $289.52 |
| 2004 | $289.52 |
| 2005 | $289.52 |
| 2006 | $289.52 |
| 2007 | $289.52 |
| 2008 | $289.52 |
| 2009 | $289.52 |
| 2010 | $289.52 |
| 2011 | $289.52 |
| 2012 | $289.52 |
| 2013 | $289.52 |
| 2014 | $289.52 |
| 2015 | $289.52 |
| 2016 | $289.52 |
| 2017 | $289.52 |
| 2018 | $289.52 |
| 2019 | $289.52 |
| 2020 | $289.52 |
| 2021 | $289.52 |
| 2022 | $289.52 |
| 2023 | $289.52 |
| 2024 | $289.52 |
| 2025 | $0.00 |
| 2026 | $0.00 |
| 2027 | $0.00 |
| 2028 | $0.00 |
| 2029 | $0.00 |
| 2030 | $0.00 |
| 2031 | $0.00 |
| 2032 | $0.00 |
| 2033 | $0.00 |
| 2034 | $0.00 |
| 2035 | $0.00 |
| 2036 | $0.00 |
| 2037 | $0.00 |
| 2038 | $0.00 |
| 2039 | $0.00 |
| 2040 | $0.00 |

FGL MLT-U - C (9-98)

*(TABLE CONTINUED ON NEXT PAGE)*

# CERTIFICATE INFORMATION *(Cont'd)*

## TABLE OF ANNUAL RENEWAL PREMIUMS - RIDERS *(Cont'd)*

CERTIFICATE NUMBER: 1-001622565

| CERTIFICATE YEAR BEGINNING NOV 15 | RETURN OF PREMIUM |
|---|---|
| 2041 | $0.00 |
| 2042 | $0.00 |
| 2043 | $0.00 |
| 2044 | $0.00 |
| 2045 | $0.00 |
| 2046 | $0.00 |
| 2047 | $0.00 |
| 2048 | $0.00 |

FOR OTHER PAYMENT INTERVALS, MULTIPLY THE TOTAL PREMIUM BY:

- .51 FOR SEMI-ANNUAL;
- .26 FOR QUARTERLY;
- .085 FOR MONTHLY;
- .041 FOR BI-WEEKLY.

\* THESE PREMIUMS ARE PAYABLE DURING THE RIDER'S PREMIUM GUARANTEE PERIOD AND WILL NOT CHANGE. WE RESERVE THE RIGHT TO CHANGE THE CURRENT CRITICAL ILLNESS PREMIUM FOR EACH POLICY YEAR AFTER THE PREMIUM GUARANTEE PERIOD.IT MAY BE MORE OR LESS THAN THAT SHOWN, BUT THE CURRENT CRITICAL ILLNESS PREMIUM WILL NEVER BE MORE THAN THE MAXIMUM CRITICAL ILLNESS PREMIUM.

Page 4 *(Continued)*

FGL MLT-U - C (9-98)

# CLAIMANT'S STATEMENT – LIFE CLAIM

### Received

| INSURER | |
|---|---|
| OM Financial Life Insurance Company | JUL 16 2008 |

Please read the instructions on the reverse side before completing this form. PLEASE COMPLETE THE ENTIRE FORM.

### Claims Dept

## PART A (INFORMATION ABOUT THE DECEASED)

| Deceased's Full Name | Policy/Certificate Number(s) |
|---|---|
| Jose Maria Chavez | 1622565 |

| Deceased's Date of Birth | Deceased's Social Security Number | Date of Death |
|---|---|---|
| 08/15/1958 | 27-9174 | 06/18/2008 |

| Place of Birth | Place of Death | Cause of Death |
|---|---|---|
| Mexico | Richmond, CA Contra Costa County | Small cell Carcinoma of Lung |

## PART B (INFORMATION ABOUT THE BENEFICIARY)

| Beneficiary's Full Name (Printed) | Date of Birth | Social Security Number or TIN | Telephone Number |
|---|---|---|---|
| Rosalina Hernandez | ███ | ███ | (510) ███ (510) ███ |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| ███ | Richmond | CA | ███ |

In what capacity, or by what title, do you claim this insurance? PLEASE CHECK ONLY ONE.

[X] Individual        [ ] Executor/Administrator of the Estate        [ ] Trustee

[ ] Guardian/Conservator of the Estate of a Minor Child        [ ] Attorney in Fact (POA) for the Beneficiary

[ ] Corporate Officer        [ ] Other – Please Explain: _____

Settlement Options - PLEASE CHECK ONLY ONE.

[X] Pay proceeds in one lump sum.

[ ] I am interested in other Methods of Settlement described in the policy. Please send me more information.

These statements are true and complete to the best of my knowledge and belief. I understand that the furnishing of forms by the Company does not constitute a waiver of any defense the Company may have or an admission that there is any insurance in force. I agree to furnish statements by physicians who attended or treated the deceased and all other documents called for by the Company as may be applicable to this claim and further agree that such statements or documents shall constitute and are hereby made part of the Claimant's Statement. UNDER PENALTY OF PERJURY, I CERTIFY THAT THE SOCIAL SECURITY NUMBER SHOWN ON THIS FORM IS MY CORRECT TAXPAYER IDENTIFICATION NUMER.

*Backup Withholding - A check in the box that follows means that I am NOT subject to backup withholding under the provisions of Section 3406(a)(1)(c) of the Internal Revenue Code. [X]

| X _Rosalina Chavez_ | | _7/11/2008_ |
|---|---|---|
| Beneficiary/Claimant's Signature | (Sign name in full as you would endorse a check) | Date |

| | 801 Manrene Dr. | |
|---|---|---|
| Witness Signature | Witness Address  Napa, Ca. 94572 | |

OM Financial Life Insurance Company

ADMIN XXXX (XX-XXXX)

## INSTRUCTIONS

### PART A (INFORMATION ABOUT THE DECEASED)

1. **Deceased's Full Name:** Please provide the deceased's first name, middle name, and last name.
2. **Policy/Certificate Number(s):** The policy/certificate numbers for all policies/certificates that you are claiming must be listed on this form.
3. **Deceased's Date of Birth:** Please indicate the deceased's date of birth.
4. **Deceased's Social Security Number:** Please provide the deceased's social security number.
5. **Date of Death:** Please indicate the date the deceased passed away.
6. **Place of Birth:** Please identify the city, state, and country in which the deceased was born.
7. **Place of Death:** Please identify the city, state, and country in which the deceased passed away.
8. **Cause of Death:** Please indicate the underlying cause of death as stated on the deceased's death certificate.

### PART B (INFORMATION ABOUT THE BENEFICIARY/CLAIMANT)

1. **Beneficiary's Full Name:** Please state the beneficiary's first, middle, and last name.
    - If the beneficiary is a trust, please put the name of the trust on this line.
    - If the beneficiary is an estate, put "Estate of ..." on this line.
    - If the beneficiary is a corporation, please put the name of the corporation on this line.
    - If the beneficiary is a minor child and the claim is being made by an appointed representative of the minor child, the name of the minor child should go on this line.
2. **Date of Birth:** Beneficiary's date of birth, if applicable.
3. **Social Security Number or TIN:** Please provide beneficiary's social security number. If the beneficiary is the estate, a trust, corporation or other entity please provide the taxpayer identification number.
4. **Telephone Number:** Please provide a telephone number where we may contact the beneficiary/claimant.
5. **Street Address, City, State, Zip:** Please provide the beneficiary's address. If you would like the claim payment to be sent to a different address (e.g. agent or attorney's address), please provide a separate letter of instruction signed by the beneficiary.
6. **In what capacity, or by what title, do you claim this Insurance?:** You may check only one box in this section.
    - Individual – If you, as an individual, are named as a beneficiary and you are claiming the insurance proceeds for yourself (not on behalf of another individual, a trust, an estate, or a corporation), then check this box.
    - Executor/Administrator of the Estate – If the beneficiary is an estate and you are the court-appointed executor or administrator of that estate, please check this box. We will require that you submit a copy of your letters of appointment bearing the seal of the court.
    - Trustee – If the beneficiary is a trust and you are the trustee duly authorized to act on behalf of the trust, please check this box. We will also require a copy of the trust agreement naming you as trustee.
    - Guardian/Conservator of the Estate of a Minor Child – If the beneficiary is a minor child and you are claiming in your capacity as the court appointed guardian of the estate of the minor child, please check this box. We will also require that you submit a copy of your letters of appointment bearing the seal of the court.
    - Attorney in Fact (POA) for the Beneficiary – If you have been granted power of attorney for an individual beneficiary and are claiming the insurance proceeds on behalf of this individual, please check this box. We will also need you to provide a copy of the document granting you power of attorney.
    - Corporate Officer: If the beneficiary is a corporation and you are a duly authorized officer of that corporation, please check this box. Any claim made on behalf of a corporation must bear the signature of a duly authorized officer of that corporation.
    - Other – If you are claiming in any other capacity, please check this box and explain in what capacity you are claiming the insurance proceeds.
7. **Settlement Options:** Payment will be made in a lump sum unless you request information on other options.
8. **\*Backup Withholding:** If you have been notified by the IRS that you are subject to backup withholding DO NOT check this box.
9. **Beneficiary/Claimant's Signature:** The person making the claim should sign on this line. If you are making a claim on behalf of another person in your capacity as attorney in fact (POA) or guardian, you must sign this line. Please sign your name as you would endorse a check. If an Asset Account is set up for this claim, you must sign all checks written of this account exactly as you signed your name on this line.
10. **Witness Signature:** Your signature must be witnessed by another legally competent adult.



**Fraud Notice Form**

**Alaska** – A person who knowingly and with intent to injure, defraud or deceive an insurance company files a claim containing false, incomplete, or misleading information is guilty of a felony.

**California** - Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Delaware** – Any person who knowingly and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony.

**Florida** – Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony.

**Idaho** – Any person who knowingly and with intent to defraud, or deceive any Insurance company, files a statement containing any false, incomplete, or misleading information is guilty of a felony.

**Indiana** – Any person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony.

**Kentucky** – Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine** – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or a denial of insurance benefits.

**Minnesota** – A person who files a claim with intent to defraud or helps commit a fraud is guilty of a crime.

**New Jersey** – Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New York** – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio** – Any person who, with intent to defraud, or knowing she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma** – WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing false, incomplete, or misleading information is guilty of a felony.

**Pennsylvania** – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee** – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington** - It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.