1  SEAN P. NALTY (SBN 121253)
   Sean.Nalty@wilsonelser.com
2  SHIVANI NANDA (SBN 253891)
   Shivani.Nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California  94105
5  Tel:    (415) 433-0990
   Fax:    (415) 434-1370
6
   Attorneys for Plaintiff
7  OM FINANCIAL LIFE INSURANCE COMPANY

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 OM FINANCIAL LIFE INSURANCE          )   Case No.  CV 08-03919 PJH
   COMPANY,                             )
12                                      )   **OM FINANCIAL LIFE INSURANCE**
                                        )   **COMPANY AND ROSALINA**
              Plaintiff,                )   **HERNANDEZ'S JOINT STIPULATION**
13                                      )   **TO EXTEND THE DEADLINE TO**
       vs.                              )   **COMPLETE ADR MEDITION**
14                                      )
   ROSALINA HERNANDEZ ,                 )
15                                      )
                                        )
              Defendant                 )
16                                      )

17                        **INTRODUCTION**

18         Plaintiff OM FINANCIAL LIFE INSURANCE COMPANY ("OM FINANCIAL") and

19 Defendant ROSALINA HERNANDEZ ("HERNANDEZ") (collectively "The Parties") are

20 required to complete the court ordered Alternative dispute Resolution Mediation by May 1, 2009.

21 On April 7, 2009, the parties had a telephone conference with court ordered mediator, Michael

22 G.W. Lee.

23         During that conference, it was agreed that, in order to have a productive mediation, the

24 parties need to complete additional discovery and analyze legal issues that have arisen out of the

25 recently completed deposition of Ms. Hernandez.  It was the agreement of the parties, and the

26 recommendation of Mr. Lee, that the May 1, 2009 deadline to complete mediation in this matter be

27 extended for ninety days in order for the parties to have the information they need to have a

28

                                        1

1 | productive mediation and to be able to analyze the legal issues in this matter.

2 | ### STIPULATION

3 | Accordingly, based on the information and facts set forth above, the parties to this matter,

4 | OM Financial and Hernandez, hereby stipulate that the deadline to complete Alternative Dispute

5 | Resolution Mediation in this matter shall be extended ninety days from May 1, 2009.   The

6 | mediation shall be completed by Monday, August 3, 2009.

7 | RESPECTFULLY SUBMITTED,

8 | Date: April 9, 2009

9 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

11 | By:

12 | SEAN P. NALTY
SHIVANI NANDA
Attorneys for Defendant

13 | OM FINANCIAL LIFE INSURANCE COMPANY

14 | Dated:

15 | GENSER & WATKINS, LLP

17 | By:

18 | LEONARD H. WATKINS
Attorneys for Plaintiff

19 | ROSALINDA HERNANDEZ

2

JOINT STIPULATION TO EXTEND THE DEADLINE TO COMPLETE ADR MEDITION

# CERTIFICATE OF SERVICE
### *OM Financial Life Ins. Co. v. Rosalina Hernandez*
### *USDC NDCA Case #C08-3919 PJH*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725. On this date I served the following document(s):

**OM FINANCIAL LIFE INSURANCE COMPANY AND ROSALINDA HERNANDEZ'S JOINT STIPULATION TO EXTEND THE DEADLINE TO COMPLETE ADR MEDATION and [Proposed] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

:  **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

:  **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

:  **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

:  **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.).

☑  :  **By Electronic E-Mail** -- I caused each such envelope to be electronically served to the office of the address.

Michael G.W. Lee
Law Offices of Michael G.W. Lee
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel: (415) 788-9000
Fax: (415) 398-3887
**Mediator**

Leonard H. Watkins, Esq.
Genser & Watkins, LLP
125 Park Place, Ste. 210
Point Richmond, CA 94801
Tel: (510) 237-6916
Fax: (510) 236-9851
**Attorney for Plaintiff**

Clerk's Office
ADR Unit
United States District Court
280 South First Street, Room 2112
San Jose, CA 95113

1

PROOF OF SERVICE

USDC NDCA No. C08-3919PJH
400582.1

1      I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct to the best of my knowledge. EXECUTED on **April 9, 2009**, at San
    Francisco, California.

3
4                                                    Stacey Muller

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2
                                    PROOF OF SERVICE
    USDC NDCA No. C08-3919PJH
       400582.1

1  SEAN P. NALTY (SBN 121253)
   Sean.Nalty@wilsonelser.com
2  SHIVANI NANDA (SBN 253891)
   Shivani.Nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California  94105
5  Tel:   (415) 433-0990
   Fax:   (415) 434-1370
6
   Attorneys for Plaintiff
7  OM FINANCIAL LIFE INSURANCE COMPANY

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 OM FINANCIAL LIFE INSURANCE          )   Case No.  CV 08-03919 PJH
   COMPANY,                             )
12                                      )   [Proposed] ORDER TO EXTEND THE
                  Plaintiff,            )   DEADLINE TO COMPLETE ADR
13                                      )   MEDIATION
          vs.                           )
14                                      )
   ROSALINA HERNANDEZ ,                 )
15                                      )
                  Defendant             )
16                                      )

17       Based on the stipulation of the parties, and GOOD CAUSE APPEARING THEREFOR,

18 The deadline to complete Alternative Dispute Resolution mediation in this matter is

19 extended ninety days to August 3, 2009.

20       IT IS SO ORDERED.

21

22 Dated:  4/13/09    _____

23                                          Phyllis J. H
                                            Judge of the              ct Court
24

25

26

27

28

                              1