United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OM FINANCIAL LIFE INSURANCE COMPANY,

    Plaintiff,

    v.

ROSALINA HERNANDEZ,

    Defendant.
_____/

No. C 08-3919 PJH

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

    The parties' cross-motions for summary judgment came on for hearing before this court on November 4, 2009. Plaintiff appeared by its counsel Sean P. Nalty and Shivani Nanda, and defendant appeared by her counsel Len Watkins. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS defendant's motion and DENIES plaintiff's motion as follows for the reasons stated at the hearing.

    It is undisputed that at the time he refinanced the mortgage on his home, the insured submitted an application for a term life insurance policy (a policy of mortgage insurance) to Fidelity and Guaranty Life Insurance Company, the predecessor of plaintiff OM Financial Life Insurance Company ("OM Financial"); that the policy was issued and that the insured paid the premiums for eight years; that the insured died on June 18, 2008; and that the beneficiary submitted a claim for benefits under the policy. Based on these undisputed facts, the court finds that there was a meeting of the minds between the insured and the

insurer.

Under California Insurance Code § 10113.5(a), the policy was uncontestable after a period of two years from the date of issue. The exception in § 10113.5(b)(1) does not apply, as OM Financial submitted no evidence showing that the insured presented photographic identification during the application process.

**IT IS SO ORDERED.**

Dated: November 5, 2009

PHYLLIS J. HAMILTON
United States District Judge